UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 2:05:CR:45

v.

                                       HON. GORDON J. QUIST

SCOTT BERNARD WILL,

        Defendant.
_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 21, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Scott Bernard Will's plea of guilty to Count One of the Indictment is accepted. Defendant Scott Bernard Will is adjudicated guilty.

3. Defendant Scott Bernard Will shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: January 6, 2006                                       /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE